UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
JESSICA RECHTSCHAFFER,

               Plaintiff,

   -versus-                                               05 CV 9930 (GEL)

THE CITY OF NEW YORK, ORLANDO RIVERA,
JOHN PARK, MICHAEL CUMMINGS, JOHN DOE
1 (NYPD U/C SHIELD 6216, INTELLIGENCE
BUREAU), JOHN DOES 2-10,

               Defendants.
------------------------------------------------------------------------ x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Fred M. Weiler hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for Defendant The City of New York, effective this date. Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on appearing counsel.

Dated: New York, New York
        January 19, 2006

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the City of New York
                                        *For Defendant The City of New York*

                                        By: _____/s/_____
                                            Fred M. Weiler (FW 5864)
                                            Assistant Corporation Counsel
                                            Special Federal Litigation
                                            100 Church Street, Room 3-132
                                            New York, New York 10007
                                            212.788.1817 (ph)
                                            212.788.9776 (fax)

cc: All Parties (by ECF)