AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

Jessica Rechtschaffer

v.

City of New York, et. al.

**APPEARANCE**

Case Number: 05-CV-9930(KMK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff

I certify that I am admitted to practice in this court.

October 3, 2006
Date

Signature

Rachel M. Kleinman    2141
Print Name            Bar Number

99 Park Avenue Suite 1600
Address

New York    NY    10016
City        State  Zip Code

(212) 490-0400    (212) 557-0565
Phone Number      Fax Number