

**MEMO ENDORSED**

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | FRED M. WEILER<br>*Special Federal Litigation Division*<br>*TEL.: 212-788-1817*<br>*FAX: 212-788-9776* |

October 27, 2006

BY HAND
Honorable James C. Francis IV
United States Magistrate Judge
Southern District of New York
500 Pearl Strect
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/06
```

    Re:   Rechtschaffer v. City of New York, et al.
             05 CV 9930 (KMK)(JCF)

Dear Judge Francis:

    The above-referenced RNC case was recently transferred to you from Judge Lynch. Attached are several orders already entered by Your Honor in the RNC Cases: (1) Discovery Order #1 (Exh. A hereto), Protective Order #1 (Exh. B), Format of E-Mail Production Order (Exh. C), and the Protective Order re NLG-NYC (Exh. D). Can you please have those orders docketed in this case?

    Thank you for your time and attention.

Respectfully submitted,

Fred M. Weiler (FW 5864)

*10/30/06*
*Please docket as indicated.*
*Counsel shall promptly submit a*
*revised case management order*
*for my approval.  SO ORDERED.*
*James C. Francis IV*
*USMJ*

cc:   Rachel Kleinman, Esq. (via e-mail, without attachments)