UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JESSICA RECHTSCHAFFER,

                            Plaintiff,        NOTICE OF MOTION TO
                                                      FILE A FIRST AMENDED
                                                      COMPLAINT
     -against-

                                                        05-CV-9930 (KMK) (JCF)

THE CITY OF NEW YORK, a municipal entity, et al.,      ECF Case

                            Defendants.
------------------------------------------------------------------x

     **PLEASE TAKE NOTICE** that plaintiff moves before the Honorable Magistrate Judge James C. Francis, IV of this Court, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order granting plaintiff leave to file a First Amended Complaint adding: (1) multiple defendants who have been identified in discovery as responsible in whole and/or in part for the alleged violations of the plaintiff's civil rights; (2) a constitutional challenge to the defendants' admitted policy of fingerprinting all persons arrested in connection with the 2004 Republican National Convention ("RNC"); (3) a constitutional challenge to the alleged policy and/or practice of instituting a system of sworn statements by police officers to attempt to justify unlawful and indiscriminate mass arrests; and (4) a claim that plaintiff's false arrest, false imprisonment and excessive detention were pursuant to a policy and practice of the City of New York and the NYPD

     **PLEASE TAKE FURTHER NOTICE**, that in support of the within motion, the plaintiff will rely upon the attached Memorandum of Law in Support of Motion for Leave to File a First Amended Complaint, including the proposed First Amended Complaint and the other

1

exhibits attached thereto.

Dated:    New York, New York
          August 27, 2007

                                          _____/s/_____
                                          Jonathan C. Moore (JM 6902)
                                          Rachel M. Kleinman (RK 2141)
                                          BELDOCK LEVINE & HOFFMAN LLP
                                          99 Park Avenue
                                          New York, New York 10016
                                          (212) 490-0400

                                          *Attorneys for Plaintiff*

TO:   MICHAEL CARDOZO
      Corporation Counsel of the
      City of New York
      100 Church Street, Room 3-217
      New York, New York 10007
      (212) 442-8242
      BY:   Fred Weiler

      *Attorneys for Defendants*

2