UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/07

---

DEIRDRE MACNAMARA, *et al.*,

                    Plaintiffs,

          -v-

CITY OF NEW YORK, *et al.*,

                    Defendants.

No. 04 Civ. 9216 (RJS) (JCF)
ORDER

---

JESSICA RECHTSCHAFFER,

                    Plaintiff,

          -v-

CITY OF NEW YORK, *et al.*,

                    Defendants.

No. 05 Civ. 9930 (RJS) (JCF)
ORDER

---

RICHARD J. SULLIVAN, District Judge:

By letter dated December 13, 2007, plaintiffs in the above-entitled actions request a status conference.

IT IS HEREBY ORDERED that counsel for all parties shall appear for a status conference in the above-entitled actions on January 2, 2008, at 11:30 a.m., in the United States District Court, 500 Pearl Street, New York, New York, Courtroom 21C.

SO ORDERED.

DATED:     New York, New York
           December 18, 2007

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE