AFFIDAVIT OF SERVICE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index Number: 05-CV-9930 (RJS) (JCF)        Date Filed 3/13

Plaintiff:
**JESSICA RECHTSCHAFFER**

v.

Defendant:
**CITY OF NEW YORK, a municipal entity, et al.**

To be served on **JOSEPH ESPOSITO, THOMAS GRAHAM, JOHN COLGAN, RUBY MARIN-JORDAN, THOMAS DOEPFNER and STEPHEN HAMMERMAN, One Police Plaza, Legal Bureau, Room 1406, New York, NY 10038.**

I, JOSE MONTEAGUDO, being duly sworn, depose and say that on the **31st day of January** at **2:14 pm, I served** a true copy of the **First Amended Summons and Rider and First Amended Complaint** to Civil Attorney Eileen Flaherty, who is a person of suitable age and discretion at the actual place of business, described within. On 02/21/08, I deposited a true copy thereof in a post-paid wrapper bearing the legend 'Personal and Confidential', in an official depository under the exclusive care and custody of the United States Postal Service within New York State, and addressed to: **Joseph Esposito, Thomas Graham, John Colgan, Ruby Marin-Jordan, Thomas Doepfner and Stephen Hammerman,** at the address noted above.

**Description** of Person Served: Age: 35-40, Sex: F, Race/Skin Color: Caucasian American, Height: 5"10, Weight: 150, Hair: Brown, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

                                                                   JOSE MONTEAGUDO

Sworn to before me this
21ST day of February, 2008

JULIE ANN RUSSELL
Notary Public, State of New York
No. 01RU6177371
Qualified in Kings County
Commission Expires Nov. 13, 2011