UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
JESSICA RECHTSCHAFFER,            : 05 Civ. 9930 (KMK) (JCF)
                                  :
              Plaintiff,          :        O R D E R
                                  :
     - against -                  :
                                  :
THE CITY OF NEW YORK, ORLANDO     :
RIVERA, JOHN PARK, MICHAEL        :
CUMMINGS, JOHN DOE 1( NYPD U/C    :
SHIELD 6216, INTELLIGENCE BUREAU),:
JOHN DOES 2-10,                   :
                                  :
              Defendants.         :
- - - - - - - - - - - - - - - - - - - -:

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

  Defendants having applied by letter dated January 22, 2008 for an order dismissing plaintiffs emotional distress claims and her claims for economic loss and compelling discovery, it is hereby ORDERED as follows:

  1. Plaintiff's emotional distress claims are dismissed, as she has declined to provide relevant evidence of her mental health treatment.

  2. Defendants' application for an order compelling production of documentation of special and economic damages is denied as moot.

  3. Defendants' application for an order compelling production of documents requested at deposition is denied for failure to meet and confer.

  4. Defendants' request for an order limiting plaintiffs introduction of clothing as evidence at trial is denied. This issue was improperly raised for the first time in defendants' reply letter. In any event, the application is properly addressed to

Judge Sullivan at the time of trial.

SO ORDERED.

*[signature: James C. Francis IV]*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         March 21, 2008

Copies mailed this date:

Rachel M. Kleinman, Esq.
Beldock Levine & Hoffman LLP
99 Park Avenue, Suite 1600
New York, New York 10016

Randall M. Elfenbein, Esq.
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, New York 10007

2